UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ROBERT JUNIOR GARCIA FELIU,

Defendant.

**ORDER**

23 Cr. 669 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference previously scheduled for February 21, 2024, is adjourned to **March 21, 2024, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of Defendant, by and through Defendant's counsel, Sylvie Levine (Dkt. No. 12), it is further ordered that the time between February 21, 2024 and March 21, 2024 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and Defendant in a speedy trial, because it will allow the defense to continue reviewing discovery and to determine appropriate next steps for the case.

Dated: New York, New York
       February 16, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge