# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 6, 2024

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Robert Garcia Feliu**
      **23 Cr. 669 (PGG)**

Dear Judge Gardephe,

As I raised at Friday's status conference, I write to respectfully request that the Court modify Mr. Garcia's bail conditions to extend his travel restrictions to include the Districts of New Jersey and Connecticut.  Mr. Garcia is a for-hire driver and this request will enable him to take more jobs, which will enable him to support himself and his family.

Pretrial Services by Officer Marlon Ovalles consents to this request.  The government, by A.U.S.A. Justin Horton, defers to Pretrial's position.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Garcia
212-417-8729

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*Paul S. Gardephe*

**Paul G. Gardephe, U.S.D.J.**

Date:  April 8, 2024