UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ROBERT JUNIOR GARCIA FELIU,

Defendant.

**ORDER**

23 Cr. 669 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference previously scheduled for July 11, 2024, is adjourned to **August 29, 2024 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of Defendant, by and through Defendant's counsel, Sylvie Levine (Dkt. No. 21), and with the consent of the Government, by and through Assistant United States Attorney Justin Horton, it is further ordered that the time between July 11, 2024 and August 29, 2024 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and Defendant in a speedy trial, because it will permit the parties to continue discussions regarding a potential pre-trial disposition.

Dated:  New York, New York
        July 8, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge