UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ROBERT JUNIOR GARCIA FELIU,

               Defendant.

**ORDER**

23 Cr. 669 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the conference previously scheduled for December 10, 2024 at 10:00 a.m. will take place on **December 10, 2024** at **3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: November 27, 2024
      New York, New York

SO ORDERED.

Paul G. Gardephe
United States District Judge