UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ROBERT JUNIOR GARCIA FELIU,<br><br>Defendant. | **ORDER**<br><br>23 Cr. 669 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The conference previously scheduled for January 9, 2025, is adjourned to **January 10, 2025, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  January 6, 2025
        New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge