UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ROBERT JUNIOR GARCIA FELIU,<br><br>                    Defendant. | **ORDER**<br><br>23 Cr. 669 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The conference previously scheduled for February 10, 2025 is hereby adjourned to **March 11, 2025 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the United States of America, by and through Assistant U.S. Attorney Justin Horton, and with the consent of the defense (Dkt. No. 36), it is further ordered that the time between February 10, 2025 and March 11, 2025, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the parties to continue discussions regarding a potential pretrial resolution of this matter.

Dated: February 10, 2025
        New York, New York

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge