UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ROBERT JUNIOR GARCIA FELIU,<br><br>Defendant. | **ORDER**<br><br>23 Cr. 669 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for June 11, 2025, is adjourned **to July 8, 2025, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the Defendant, Robert Junior Garcia Feliu, by and through his counsel Sylvie Levine, and with the consent of the Government, by and through Assistant United States Attorney Justin Horton, the time between June 10, 2025, through July 8, 2025, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the parties to continue their discussions regarding a potential pre-trial disposition of this case.

Dated: New York, New York
June 10, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge