# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 2, 2025

**Via ECF and Email**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The application is denied. The July 8, 2025 Conference will proceed as scheduled.

Re:   **United States v. Robert Garcia Feliu**
      23 Cr. 669 (PGG)

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: July 2, 2025

Dear Judge Gardephe,

    We write to respectfully request that the Court adjourn the status conference currently scheduled for July 8, 2025, for approximately 30 days. The parties are continuing to discuss a potential resolution of this matter, and the defense anticipates meeting with the supervisors at the U.S. Attorney's Office again this month in an effort to complete those negotiations.

    The government, by Assistant United States Attorney Justin Horton, consents to this request.

    Given the nature of this application, Mr. Garcia Feliu consents to the exclusion of time between now and the status conference. See 18 U.S.C. § 3161(h).

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Michael Rooney
Attorneys for Mr. Garcia Feliu
212-417-8729