UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ROBERT JUNIOR GARCIA FELIU,<br><br>      Defendant. | **ORDER**<br><br>23 Cr. 669 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    This case will proceed to trial on **October 27, 2025, at 9:30 a.m.** The following schedule will apply to pre-trial submissions:

1. Motions in limine, proposed voir dire, and requests to charge are due by **September 26, 2025**.

2. Responsive papers are due by **October 3, 2025**.

The next conference in this case will take place on **September 4, 2025, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
    July 8, 2025

                     SO ORDERED.

                     _____
                     Paul G. Gardephe
                     United States District Judge