UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ROBERT JUNIOR GARCIA FELIU,

             Defendant.

**ORDER**

23 Cr. 669 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court will conduct a conference in this case on **September 25, 2025, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       September 4, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge