

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

September 23, 2025

*The application is denied.*

**BY ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**SO ORDERED:**

_____
Paul G. Gardephe, U.S.D.J.
Dated: Sept 23 2025

Re:    *United States v. Robert Garcia Feliu*, 23 Cr. 669 (PGG)

Dear Judge Gardephe:

The Government writes on behalf of both parties to provide a status update and seek a two-week adjournment of the status conference currently scheduled for Thursday, September 25, 2025. The parties remain actively engaged in discussions about a potential pretrial disposition of this case, but will be unable to present such a disposition to the Court this week. In order to complete these discussions and any resulting agreements before the next appearance, and in order to make that next appearance as efficient as possible for the Court, the parties respectfully request to adjourn the conference for two weeks (to the week of October 6, with the exception of October 7) and to hold in abeyance the current September 26 and October 3 deadlines for certain pretrial filings.

Should the Court grant this application, the Government moves with the defendant's consent to exclude time under the Speedy Trial Act from September 25, 2025, through the date that the Court sets for the adjourned conference, in view of the time and resources the parties are continuing to commit to negotiating a potential pretrial disposition. The ends of justice so served outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Justin Horton
Assistant United States Attorney
(212) 637-2276

cc:    Sylvie Levine, Esq.
       Michael Rooney, Esq.