UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ROBERT JUNIOR GARCIA FELIU,<br><br>　　　　　　　Defendant. | **ORDER**<br><br>23 Cr. 669 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at today's conference, motions in limine, proposed voir dire, and requests to charge will now be due by **October 10, 2025**. Responsive papers will now be due by **October 17, 2025**.

Dated: New York, New York
　　　　September 25, 2025

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge