UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ROBERT JUNIOR GARCIA FELIU,

Defendant.

**ORDER**

S1 23 Cr. 669 (PGG)

WHEREAS, with the consent of defendant Robert Junior Garcia Feliu, the defendant's guilty plea allocution was taken before United States Magistrate Judge Gary Stein on October 10, 2025;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated plea agreement, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the relevant requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:   New York, New York
         October 28, 2025

_____
Paul G. Gardephe
United States District Judge