# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 10, 2026

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

**Underline_____**

**Paul G. Gardephe, U.S.D.J.**

Dated:  February 11, 2026

**Via ECF and Email**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    **United States v. Robert Garcia Feliu**
       **23 Cr. 669 (PGG)**
       **Request for Additional Time for Defense Submission**

Dear Judge Gardephe,

I write with the government's consent to respectfully request that the Court permit the defense to file Mr. Garcia Feliu's Sentencing Submission on February 13, 2026, instead of today, February 10, 2026.

I make this request because, due to unexpected personal and professional scheduling conflicts, I require a few more days to collect the mitigation materials necessary to effectively represent Mr. Garcia Feliu at his sentencing and complete his sentencing submission.

I do not require delay of the sentencing date.

Thank you for your consideration.

Respectfully submitted,
/s/
Michael Rooney
Attorney for Mr. Garcia Feliu
917-565-1094

CC: A.U.S.A. Justin Horton