UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against –

ROBERT JUNIOR GARCIA FELIU,

Defendant.

- - - - - - - - - - - - - - - - - -X

<u>ORDER OF JUDICIAL REMOVAL</u>

Criminal Docket No. 23 Cr. 669 (PGG)

Upon the application of the United States of America, by Justin Horton, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of ROBERT JUNIOR GARCIA FELIU (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and citizen of the DOMINICAN REPUBLIC.

3. On or about September 9, 2004, the defendant was convicted in the United States District Court for the District of Rhode Island of conspiracy to distribute and possess with the intent to distribute in excess of five kilograms of cocaine, and attempt to possess with intent to distribute in excess of five kilograms of cocaine in violation of 21 U.S.C. §§ 841(b)(1)(A), 846.

4. On or about June 15, 2010, the defendant was removed from the United States to the Dominican Republic.

5. The defendant entered the United States on an unknown date and at an unknown location without having been admitted or paroled.

6. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of the following offenses: unlawful entry in violation of 18 U.S.C. § 1325(a)(1) and (2).

7. A total maximum sentence of 6 months' imprisonment may be imposed for the above-mentioned offense.

8. The defendant is subject to removal from the United States pursuant to Section 212(a)(6)(A)(i) of the Immigration and Nationality Act of 1952, as amended ("Act" or "INA"), 8 U.S.C. § 1182(a)(6)(A)(i), as an alien who is present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General; Section 212(a)(2)(A)(i)(I) of the Act, 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime; Section 212(a)(2)(A)(II) of the Act, 8 U.S.C. § 1182(a)(2)(A)(i)(II), as an alien convicted of a violation of (or a conspiracy or attempt to violate) any law of regulation of a State, the United States, or a foreign country relating to a controlled substance (as defined in Section 802 of Title 21); and Section 212(a)(9)(C)(i)(II) of the Act, 8 U.S.C. § 1182(a)(9)(C)(i)(II), as an alien who has been ordered removed under Section 235(b)(2), Section 240, or any other provision of law, and who enters or attempts to reenter the United States without being admitted.

9.    The defendant has waived his right to notice and a hearing under Section 238(c) of the Act, 8 U.S.C. § 1228(c).

10.   The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

11.   The defendant has designated the DOMINICAN REPUBLIC as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to the DOMINICAN REPUBLIC.

Dated:    New York, New York
          Feb. 24    2026

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE